[No. 8809–2–I. Division One. June 8, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD GARRETT TURAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00998–5, Robert M. Elston, J., entered April 10, 1980. *Affirmed* by unpublished opinion per James, C.J., concurred in by Williams and Durham, JJ.

[No. 9266–9–I. Division One. June 8, 1981.]

THE STATE OF WASHINGTON, *Appellant,* v. DAVID ARTHUR WULF, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–01825–8, Richard M. Ishikawa, J., entered August 1, 1980. *Dismissed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Corbett, JJ.

[No. 9028–3–I. Division One. June 8, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–01743–3, Jerome M. Johnson, J., entered June 26, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Durham, J.

[No. 7791–1–I. Division One. June 8, 1981.]

ROSEMAN, LOWE & CO., INC., *Appellant,* v. BIG & TALL OF AMERICA, INC., *Defendant,* ROBERT L. STEWART, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 829856, James J. Dore, J., entered July 2, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Ringold, A.C.J., and Durham, J.